IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cr-211-MEF |
| | ) | |
| WILFRED D. HARRIS | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objection to the Magistrate Judge Recommendation (Doc. #34) filed on May 21, 2009 is overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on May 8, 2009 (Doc. #33) is adopted;

(3)  The defendant's Motion to Dismiss Indictment (Doc. #23) is DENIED.

DONE this the 29th day of May, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE